IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALAURIE BARBERA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOWE'S HOME CENTERS, INC., | : | No. 09-1617 |
| Defendant. | : | |

### ORDER

AND NOW, this **15th** day of **May**, **2009**, upon consideration Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a), Plaintiff's response thereto, and for the reasons in this Court's Memorandum dated May 15, 2009, it is hereby **ORDERED** that:

1. The motion (Document No. 7) is **GRANTED**.

2. This case is **TRANSFERRED** to the Middle District of Pennsylvania.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.